BENJAMIN LEIBOWITZ and JULIUS LEIBOWITZ, as Copartners, etc., Respondents, Appellants, v. FOSTER & STEWART COMPANY, INC., Appellant, Respondent.— Order setting aside the dismissal of the complaint and of the counterclaim, and granting a new trial, affirmed, without costs, The majority of the court is of opinion that as a matter of law the time for the delivery of the merchandise was waived by plaintiffs, the purchasers, and hence they have no cause of action unless they notified defendant requiring delivery within a reasonable time before they commenced their action. (*Taylor* v. *Goelet*, 208 N. Y. 253; *Schulder* v. *Ladew Co., Inc.*, 178 App. Div. 458; *Ullman Co.* v. *Mott Iron Works*, 187 id. 699.) Blackmar, P. J., Kelby and Young, JJ., concur; Kelly and Manning, JJ., while concurring to affirm the order, are of opinion that the whole question as to a breach of the contract, waiver of the provisions, and the obligations of both parties in respect thereto, should be determined by a jury in accordance with facts and circumstances as disclosed by the evidence upon the new trial. (See Pers. Prop. Law, §§ 126, 146.)*

RUSSELL MASKELL, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Order modified by directing the clerk to tax mileage for each day's attendance of defendant's witnesses who were present at court on September 14, 19, December 8 and December 14, 1921, and as so modified affirmed, without costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

JOHN E. NORTON, Appellant, v. GEORGE W. BECKEL, Respondent.— Orders affirmed, with ten dollars costs and disbursements. (See *Bradner* v. *Faulkner*, 93 N. Y. 515; Civil Practice Act, §§ 242, 339.) Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. O'BRIEN, Relator, v. RICHARD E. ENRIGHT, Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, without costs. No opinion. Blackmar, P. J., Rich, Jaycox and Young, JJ., concur; Kelly, J., dissents and votes to sustain the writ and to reinstate the relator, upon the ground that the determination was contrary to the evidence.

EMIL J. STEHLI, Appellant, v. TOWN OF OYSTER BAY, Respondent.— Order denying motion to change the place of trial affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

THE WILLIAMSBURGH CITY FIRE INSURANCE COMPANY, Respondent, v. CENTRAL NEW ENGLAND RAILWAY COMPANY, Appellant.— Judgment modified by reducing the additional allowance from $500 to $115, and as so modified affirmed, without costs. We think the allowance must be limited to five per cent upon the amount recovered.† Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

* Added by Laws of 1911, chap. 571.— [REP.
† See Code Civ. Proc. § 3253; now Civ. Prac. Act, § 1513.— [REP.